**In the United States District Court
for the District of Kansas**

---

Case No. 24-cv-02346-TC-ADM

---

MARK J. PIELOCH, ET AL.,

*Plaintiffs*

v.

DECHRA LIMITED, ET AL.,

*Defendants*

---

**ORDER**

Magistrate Judge Angel D. Mitchell issued a Report and Recommendations advising that Plaintiff PSPC, Inc. should be dismissed from this suit for failure to prosecute. Doc. 110. PSPC was represented by counsel at the outset of this litigation, but its lawyer has since withdrawn. Doc. 100. PSPC may not proceed pro se. *See Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) ("[A] corporation must be represented by an attorney to appear in federal court.").

When a magistrate judge has issued a report and recommendation on a dispositive pretrial matter, a party objecting to the recommendation must "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). The district judge must then

> determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). This means that objections to a magistrate judge's recommended disposition must be "both timely and specific to preserve an issue for de novo review by

1

the district court . . . ." *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). To be timely, the objection must be made within 14 days after service of a copy of the recommended disposition. Fed. R. Civ. P. 72(b)(2). Objections are sufficiently specific if they "focus the district court's attention on the factual and legal issues that are truly in dispute." *One Parcel of Real Prop.*, 73 F.3d at 1060. Where a party fails to make a proper objection, a district court may review the recommendation under any standard it deems appropriate, even for clear error. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citations omitted); *Gilbert v. United States Olympic Comm.*, 423 F. Supp. 3d 1112, 1125 (D. Colo. 2019).

PSPC has not filed a timely objection. After reviewing Judge Mitchell's Report and Recommendations, there appears no clear error. Accordingly, the Report and Recommendations, Doc. 110, is adopted in full. Plaintiff PSPC, Inc.'s claim is DISMISSED.

It is so ordered.

Date: May 2, 2025

s/ Toby Crouse
Toby Crouse
United States District Judge